Case 5:21-cv-00158-OLG   Document 12   Filed 09/14/21   Page 1 of 2

**FILED**
September 14, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSUREANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>EUSTACIO PERALES and PROSPERITY TRAVELS, INC.<br><br>Defendants | CIVIL ACTION NO.<br>SA-21-CV-158-OLG |

**ORDER**

This is an insurance coverage lawsuit wherein the insurer, National & Fire Insurance Company, is seeking a declaration that it has no duty to defend and/or indemnify its insured, Prosperity Travels, Inc., from claims arising from the allegedly negligent operation of a commercial bus in Mexico. Docket no. 1. Defendants have been served with process pursuant to the rules and have failed to answer or otherwise defend the lawsuit. Docket nos. 8, 10. The insurer has moved for summary judgment. Docket no. 11. There has been no response to the motion for summary judgment. The Court has reviewed the record and the applicable law, and finds the uncontested grounds for summary judgment to be meritorious.

Eustacio Perales, a passenger on a bus allegedly involved in an accident occurring in Mexico, sued the insured in state court. The insurer contends there is no coverage for the injury-causing event for which Perales seeks to recover damages because the incident occurred in Mexico, which is outside the policy's coverage territory. The terms of the policy and the pleading in the underlying lawsuit conclusively establish a lack of coverage. The underlying petition expressly states that the bus accident occurred in Mexico on September 28, 2019. Docket no. 11-2. Commercial policy number 73APS089516 states that "we cover 'accidents' and 'losses'

occurring: a. [d]uring the policy period shown in the Declarations; and b. [w]ithin the coverage territory." Docket no. 11-1, p. 37. The policy period was from September 28, 2019 to September 28, 2020; however, the coverage territory does not include Mexico. Docket no. 11-1, pp. 26, 37. In the clear absence of coverage, National has no duty to defend or indemnify its insured, Prosperity Travels, Inc., in the underlying action.

It is therefore ORDERED that National & Fire Insurance Company's motion for summary judgment (docket no. 11) is GRANTED and the declaratory relief sought in the complaint is GRANTED as set forth herein. Final judgment may be entered accordingly, and this case may be closed.

SIGNED and ENTERED this __14th__ day of September, 2021.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE