AO 450 (Rev. 01/09) Judgment in a Civil Action

# FILED

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP 1 4 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| NATIONAL LIABILITY & FIRE INS. CO. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-21-CV-158-OLG |
| EUSTACIO PERALES, ET.AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** ORDERED that National & Fire Insurance Company's motion for summary judgment is GRANTED and the declaratory relief sought in the complaint is GRANTED as set forth herein. Final judgment may be entered accordingly, and this case is CLOSED.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Orlando L. Garcia.

Date: 09/14/2021

CLERK OF COURT

*Wayne Garcia*

*Signature of Clerk or Deputy Clerk*